

# Fourth Court of Appeals
## San Antonio, Texas

January 6, 2020

No. 04-19-00823-CV

John (Jack) **PALAU**,
Appellant

v.

**ACT INVESTMENTS INC.**, et al,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 19-144
Honorable Kirsten Cohoon, Judge Presiding

# O R D E R

The clerk's record was due on December 27, 2019.  On the due date, the Kendall County District Clerk filed a notification of late record requesting additional time to file the record until February 7, 2020.

The request for additional time to file the record is GRANTED IN PART.  *See* TEX. R. APP. P. 35.3(c) (limiting any extension to thirty days).  The clerk's record is due on January 27, 2020.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of January, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court